IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JENNIFER HOLLADAY, ) | |
| ) | |
| Plaintiff, ) | No. 17-78 |
| ) | |
| v. ) | |
| ) | NOTICE OF REMOVAL |
| ROCKWELL COLLINS, INC., ) | |
| ) | |
| Defendant. ) | |

Defendant, Rockwell Collins, Inc. ("Rockwell Collins"), states the following in support of its Notice of Removal of this action from the Iowa District Court in and for Johnson County to the United States District Court for the Southern District of Iowa, Davenport Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446:

1. The Plaintiff, Jennifer Holladay ("Holladay"), filed a Petition naming Rockwell Collins, Inc. as Defendant in the Iowa District Court for Johnson County as Docket No. LACV079411.

2. On November 6, 2017, Rockwell Collins was served with the Petition. A copy of the Petition is attached as Exhibit 1, and a copy of the Acceptance of Service is attached as Exhibit 2. Exhibits 1 and 2 are all the process, pleadings and orders filed in the State case to date.

3. This Notice of Removal is timely filed because, as required by 28 U.S.C. § 1446(b), it is filed within 30 days after the receipt, through service or otherwise, by Rockwell Collins of a copy of the initial pleading which sets forth the removable claim.

{02350432.DOCX}

4. Holladay's Petition is appropriately removed to the Court because it presents a federal question for adjudication. Plaintiff's allegations are based on her employment with Rockwell Collins. The terms and conditions of her employment with Rockwell Collins are governed by the terms of a collective bargaining agreement between Rockwell Collins and Local 1634 of the International Brotherhood of Electrical Workers. The Plaintiff's claims are based on rights created directly by, or substantially dependent on an interpretation of, the collective bargaining agreement between Rockwell Collins and IBEW Local 1634. As such, the Plaintiff's claims are completely pre-empted by federal law. Therefore, this matter is appropriately removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446 and 29 U.S.C. § 185.

5. Holladay's Petition also alleges claims of entitlement and discrimination based on the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.* Because Plaintiff bases her Petition in part on the Family and Medical Leave Act, the Petition presents a federal question for adjudication and Defendant may remove the captioned action to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

6. This Court is the district court of the United States for the district and division embracing the place where this action is currently pending.

7. Written notice of the filing of this Notice of Removal has been given to all parties who have appeared in this action and a copy of this Notice of Removal has been filed with the Clerk of Court of the Iowa District Court in and for Johnson County.

**WHEREFORE**, Defendant, Rockwell Collins, Inc., respectfully requests that this action, now pending in the Iowa District Court in and for Johnson County, be removed to the United States District Court for the Southern District of Iowa, Davenport Division.

    /s/  *Kelly R. Baier*
KELLY R. BAIER (#LI0000159)
    of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone:  (319) 363-0101
Direct Dial:  (319) 861-8723
Email: kbaier@bradleyriley.com

MELISSA A. CARRINGTON (#AT0013033)
    of
BRADLEY & RILEY PC
Tower Place
One South Gilbert
Iowa City, IA  52240-3914
Phone:  (319) 466-1511
Direct Dial:  (319) 358-5563
Email: mcarrington@bradleyriley.com

ATTORNEYS FOR THE DEFENDANT

Copy to:

Nathan Willems
Rush & Nicholson, P.L.C
101 Second Street SE, Suite 100
PO Box 637
Cedar Rapids, IA 52406-0637

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this **22nd** day of **November**, **2017**.  I declare under penalty of perjury that the foregoing is true and correct.

                        /s/  *Peggy M. Kuennen*